■ RICHARD G. RUSINIAK, Respondent, v REGINA A. LELONEK, Appellant. [821 NYS2d 544]—Appeal from an order of the Supreme

Court, Erie County (Christopher J. Burns, J.), entered on October 20, 2004 in a personal injury action. The order denied defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Gorski, Martoche and Pine, JJ.